IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KRISTOFFER C. TIBBS,<br><br>              Defendant. | 4:13-CR-3028<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court upon the plaintiff's Motion for Final Order of Forfeiture (filing 60). On March 5, 2014, the Court entered a preliminary order of forfeiture (filing 43) pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filing 1. By way of the preliminary order of forfeiture, the defendant's interest in the following property was forfeited to the United States: one Sony Vaio laptop computer, model number PCG-7113L, with power cord.

      As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 13, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 59) was filed on May 30, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

      IT IS ORDERED:

      1.      The plaintiff's Motion for Final Order of Forfeiture (filing 60) is granted.

      2.      All right, title, and interest in and to the following property, held by any person or entity, are hereby forever barred and foreclosed: one Sony Vaio laptop computer, model number PCG-7113L, with power cord.

3. The property described above is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

DATED this 11th day of June, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge